UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTAN ANDREW SOSA, | ) | CASE NO. 2:20-CV-08451-TJH(GJSx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER [79][JS-6]** |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES; et al., | ) | Hon. Terry J. Hatter Jr. |
| Defendants. | ) | |

    Pursuant to the Stipulation filed by the parties, IT IS ORDERED that this case is dismissed without prejudice.

Dated:   MAY 26, 2022

_____
Hon. Terry J. Hatter Jr.
United States District Judge